UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES BOONE,

                Plaintiff,

    -against-

COUNTY OF NASSAU, EDWARD MANGANO,
County Executive, Nassau County, MICHAEL J.
SPOSATO, Sheriff of Nassau County, ARMOR
CORRECTIONAL HEALTH OF NEW YORK, INC.,
JOSE ARMAS, M.D., MARILYN MARTIN-NAAR,
M.D.,

                Defendants.
------------------------------------------------------------X

ORDER
14-CV-03923(SJF)(ARL)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★ JUL 02 2014 ★
LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

On June 23, 2014, incarcerated *pro se* plaintiff James Boone ("plaintiff") filed a complaint pursuant to 42 U.S.C. § 1983 against the County of Nassau, Nassau County Executive Edward Mangano, Nassau County Sheriff Michael J. Sposato, Armor Correctional Health of New York, Inc., Dr. Jose Armas and Dr. Marilyn Martin-Naar (collectively, "defendants"), accompanied by an application to proceed *in forma pauperis*. Since plaintiff's financial status, as set forth in his declaration in support of his application to proceed *in forma pauperis*, qualifies him to commence this action without prepayment of the filing fees, *see* 28 U.S.C. § 1915(a)(1), plaintiff's application to proceed *in forma pauperis* is GRANTED. The Clerk of the Court is directed: (1) to forward copies of the summonses, the complaint, the Notice of Hearing dated July 2, 2014 and this Order to the United States Marshal Service for service upon defendants without prepayment of fees; and (2) to mail copies of this Order and the Notice of Hearing dated July 2, 2014 to the *pro se* plaintiff at his last known address and record such service on the docket.

**SO ORDERED.**

                                      s/ Sandra J. Feuerstein

                                      Sandra J. Feuerstein
                                      United States District Judge

Dated:    July 2, 2014
            Central Islip, New York